IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 12-64-GF-BMM |
|---|---|
| Plaintiff/Respondent, | CV 16-59-GF-BMM |
| vs. | ORDER DENYING |
| | § 2255 MOTION AND DENYING |
| KEITH ALLAN DEVEREAUX, | CERTIFICATE OF APPEALABILITY |
| Defendant/Movant. | |

This case comes before the Court on a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Defendant Devereaux is a federal prisoner proceeding pro se. He seeks relief under the rule of *Johnson v. United States*, __ U.S. __, 135 S. Ct. 2551 (2015).

Devereaux pled guilty to committing a robbery in violation of the Hobbs Act, 18 U.S.C. § 1951(a) and (b)(1). Under the federal sentencing guidelines, his base offense level was 20. U.S.S.G. § 2B3.1(a). Devereaux received a five-level upward adjustment because he brandished or possessed a firearm, *id.* § 2B3.1(b)(2), and another two-level upward adjustment because he used pepper spray against another person, causing bodily injury, *id.* § 2B3.1(b)(3)(A). He also

1

received a three-level downward adjustment for acceptance of responsibility. U.S.S.G. § 3E1.1. His total offense level was 24. Because he had six criminal history points, his criminal history category was III. Presentence Report ¶¶ 28-39, 40-56. His advisory sentencing guideline range was 63-78 months, and he was sentenced to serve 78 months in prison, to be followed by a three-year term of supervised release. *See* Judgment (Doc. 43) at 1-3.

Neither the offense to which Devereaux pled guilty nor any part of his advisory guideline calculation required the Court to determine what constitutes a "crime of violence." *Johnson* has no application to Devereaux's case.

A certificate of appealability is not warranted. Devereaux has not made a showing that he was deprived of a constitutional right. Because *Johnson* is not implicated in Devereaux's case, reasonable jurists would find no basis to encourage further proceedings. 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Devereaux's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 47) is DENIED;

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Devereaux files a Notice of Appeal;

3. The Clerk of Court shall ensure that all pending motions in this case and

in CV 16-59-GF-BMM are terminated and shall close the civil file by entering judgment in favor of the United States and against Devereaux.

DATED this 6th day of June, 2016.

Brian Morris
United States District Court Judge