**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-64-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND** |
| vs. | **RECOMMENDATIONS** |
| KEITH ALLAN DEVEREAUX, | |
| Defendant. | |

## I.  Synopsis

Defendant Keith Allan Devereaux (Devereaux) has been accused of violating the conditions of his supervised release.  Devereaux admitted all of the alleged violations.  Devereaux's supervised release should be revoked.  Devereaux should be placed in custody for 5 months, with no supervised release to follow.

## II.  Status

Devereaux pleaded guilty to Aiding and Abetting a Robbery Affecting Commerce on January 8, 2013.  (Doc. 36).  The Court sentenced Devereaux to 78 months of custody, followed by 3 years of supervised release.  (Doc. 43).  Devereaux's current term of supervised release began on May 11, 2018.  (Doc. 97 at 1).

**Petition**

The United States Probation Office filed a Third Amended Petition on September 21, 2020, requesting that the Court revoke Devereaux's supervised release. (Doc. 97). The Third Amended Petition alleged that Devereaux had violated the conditions of his supervised release: 1) by using marijuana on five separate occasions; 2) by using methamphetamine; 3) by failing to report for substance abuse testing; 4) by failing to follow the instructions of his probation officer; 5) by failing to successfully complete his substance abuse treatment program; and 6) by consuming alcohol.

**Initial appearance**

Devereaux appeared before the undersigned for his initial appearance on October 15, 2020. Devereaux was represented by counsel. Devereaux stated that he had read the petition and that he understood the allegations. Devereaux waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on October 15, 2020. Devereaux admitted that he had violated the conditions of his supervised release: 1) by using marijuana on five separate occasions; 2) by using methamphetamine; 3) by failing

2

to report for substance abuse testing; 4) by failing to follow the instructions of his

probation officer; 5) by failing to successfully complete his substance abuse

treatment program; and 6) by consuming alcohol.  The violations are serious and

warrant revocation of Devereaux's supervised release.

Devereaux's violations are Grade C violations.  Devereaux's criminal

history category is III.  Devereaux's underlying offense is a Class C felony.

Devereaux could be incarcerated for up to 24 months.  Devereaux could be

ordered to remain on supervised release for up to 36 months, less any custody time

imposed.  The United States Sentencing Guidelines call for a term of custody of

5 to 11 months.

### III.  Analysis

Devereaux's supervised release should be revoked.  Devereaux should be

incarcerated for 5 months, with no supervised release to follow.  This sentence is

sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Devereaux that the above sentence would be

recommended to United States District Judge Brian Morris.  The Court also

informed Devereaux of his right to object to these Findings and Recommendations

within 14 days of their issuance.  The Court explained to Devereaux that Judge

Morris would consider a timely objection before making a final determination on

whether to revoke his supervised release and what, if any, sanction to impose.

Devereaux stated that he wished to waive his right to object to these Findings and

Recommendations, and that he wished to waive his right to allocute before Judge

Morris.

The Court **FINDS:**

> That Keith Allan Devereaux violated the conditions of his supervised release: by using marijuana on five separate occasions; by using methamphetamine; by failing to report for substance abuse testing; by failing to follow the instructions of his probation officer; by failing to successfully complete his substance abuse treatment program; and by consuming alcohol.

The Court **RECOMMENDS:**

> That the District Court revoke Devereaux's supervised release and commit Devereaux to the custody of the United States Bureau of Prisons for 5 months, with no supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND
RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made. The district court judge may accept,

4

reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 16th day of October, 2020.

John Johnston
United States Magistrate Judge